NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANN W. COMBEE,                    )
                                  )
          Appellant,              )
                                  )
v.                                )          Case No. 2D17-4028
                                  )
DEPARTMENT OF                     )
TRANSPORTATION,                   )
                                  )
          Appellee.               )
_____    )

Opinion filed October 5, 2018.

Appeal from the Department of
Transportation.

Jean Marie Henne of Jean M. Henne, P.A.,
Winter Haven, for Appellant.

Marc Peoples, Assistant General Counsel,
Department of Transportation, Tallahassee,
for Appellee.


PER CURIAM.


          Affirmed.


NORTHCUTT, SLEET, and ATKINSON, JJ., Concur.